IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID R. MORENO, | No. C 09-2679 WHA (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| JAMES A. YATES, Warden, | |
| Respondent. | |

This case was opened when the court received an in forma pauperis ("IFP") form from petitioner. Because it did not carry a case number it was treated as an attempt to open a new case, and the clerk sent petitioner a notice that he had not filed a petition and must do so within thirty days. Petitioner recently had another case in this court, C 06-0759 WHA (PR), a case in which petitioner filed a notice of appeal and motion for certificate of appealability ("COA") at about the same time he filed this IFP application. This Court denied the motion for a COA; the case is presently in the court of appeals for it to decide whether a COA should issue. It appears that petitioner intended the IFP application for that case, and did not intend to start a new one.

This case is **DISMISSED** as opened in error. No fee is due. The clerk shall close the file and file an electronic copy of the IFP application (document 1), in C 06-0759 WHA (PR). Petitioner may disregard the clerk's notice regarding filing a petition in this case.

**IT IS SO ORDERED.**

Dated: July __7__, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.09\MORENO2679.DSM.wpd